IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIUS CURTIS,

    Petitioner,

    v.

R.L. BUTCH CONWAY,

    Respondent.

CIVIL ACTION FILE
NO. 1:18-CV-3198-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for failure to exhaust state remedies and Younger v. Harris abstention. The Petitioner's unhappiness with the delay in obtaining a ruling from the state court is not grounds for granting federal habeas corpus relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Amend [Doc. 9] is GRANTED and has been considered in adopting the Report and Recommendation.

SO ORDERED, this 10 day of August, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Curtis\18cv3198\r&r.wpd